

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KEVIN MORRIS (LA.DOC.#352802)** | **DOCKET NO. 10-CV-1176; SEC. P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **WARDEN TIMOTHY WILKINSON** | **MAGISTRATE JUDGE JAMES D. KIRK** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED and DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 28th day of September, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE